**Fill in this information to identify your case:**

Debtor 1: **Tori** _____ **Scott**
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-36598-H2-13**

☑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Bridgecrest Credit Company, LLC** <br> Name <br> **P.O. Box 29018** <br> Number   Street <br><br> **Phoenix**   **AZ**   **85038** <br> City   State   ZIP Code | **2008 Chevrolet Impala LS lease** <br> **Contract to be REJECTED** |
| 2.2 | **Tony Mene Akpata** <br> Name <br> **2810 South Main** <br> Number   Street <br><br> **Stafford**   **TX**   **77477** <br> City   State   ZIP Code | **Residential Lease** <br> **Contract to be ASSUMED** |

**Fill in this information to identify your case:**

Debtor 1: **Tori** (First Name) _____ (Middle Name) **Scott** (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-36598-H2-13**

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date: _____ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                                                 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | **Nurse** | |
| Employer's name | **West Houston SNF Management, Ll** | |
| Employer's address | **1981 Marcus Ave, Suite C129**<br>Number  Street | Number  Street |
| | **New Hyde Park** **NY** **11042**<br>City  State  Zip Code | City  State  Zip Code |
| How long employed there? | **2 months** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | **$6,066.67** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | + **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | **$6,066.67** | **$0.00** |

| Debtor 1 | **Tori Scott** | | Case number (if known) | **16-36598-H2-13** |
|---|---|---|---|---|
| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here ............................................................................... → | | 4. | **$6,066.67** | $0.00 |
| 5. | List all payroll deductions: | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | | 5a. | **$464.10** | $0.00 |
| | 5b. Mandatory contributions for retirement plans | | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | | 5e. | **$541.67** | $0.00 |
| | 5f. Domestic support obligations | | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions.<br>Specify: _____ | | 5h. + | $0.00 | $0.00 |
| 6. | Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | | 6. | **$1,005.77** | $0.00 |
| 7. | Calculate total monthly take-home pay.   Subtract line 6 from line 4. | | 7. | **$5,060.90** | $0.00 |
| 8. | List all other income regularly received: | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | | |
| | 8b. Interest and dividends | | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| | 8d. Unemployment compensation | | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income.<br>Specify: _____ | | 8h. + | $0.00 | $0.00 |
| 9. | Add all other income.   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | | 9. | $0.00 | $0.00 |
| 10. | Calculate monthly income.   Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | **$5,060.90**  +  $0.00  =  **$5,060.90** | |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

    Specify: _____   11. +   $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   **$5,060.90**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

    ☒ No.      **None.**
    ☐ Yes. Explain:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Tori** _____ **Scott** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | _____ _____ _____ |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-36598-H2-13** |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                                 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

**1.  Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes.  **Does Debtor 2 live in a separate household?**
  ☐ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.  Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **22** | ☐ No ☑ Yes |
| **Daughter** | **21** | ☐ No ☑ Yes |
| **Daughter** | **10** | ☐ No ☑ Yes |
| **Daughter** | **7** | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3.  Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)**

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**
  Include first mortgage payments and any rent for the ground or lot.                              4.  **$1,150.00**

  **If not included in line 4:**

  4a.  Real estate taxes                                                                          4a.  _____
  4b.  Property, homeowner's, or renter's insurance                                               4b.  _____
  4c.  Home maintenance, repair, and upkeep expenses                                              4c.  _____
  4d.  Homeowner's association or condominium dues                                                4d.  _____

Debtor 1    **Tori Scott**                                                                 Case number (if known)   **16-36598-H2-13**

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans            5. _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas                                                       6a.    **$200.00**
   - 6b. Water, sewer, garbage collection                                                     6b.    **$100.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services                       6c.    **$180.00**
   - 6d. Other. Specify:  **Cablevision and Internet**                                        6d.    **$200.00**

7. **Food and housekeeping supplies**                                                         7.     **$500.00**

8. **Childcare and children's education costs**                                               8. _____

9. **Clothing, laundry, and dry cleaning**                                                    9.     **$300.00**

10. **Personal care products and services**                                                   10.    **$150.00**

11. **Medical and dental expenses**                                                           11.    **$350.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12.    **$600.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**                    13.     **$20.00**

14. **Charitable contributions and religious donations**                                      14. _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance                                                                     15a. _____
    - 15b. Health insurance                                                                   15b. _____
    - 15c. Vehicle insurance                                                                  15c.   **$198.00**
    - 15d. Other insurance. Specify: _____                                           15d. _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                                   16. _____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1                                                         17a. _____
    - 17b. Car payments for Vehicle 2                                                         17b. _____
    - 17c. Other. Specify: _____                                                     17c. _____
    - 17d. Other. Specify: _____                                                     17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18. _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____                                                                   19. _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property                                                        20a. _____
    - 20b. Real estate taxes                                                                  20b. _____
    - 20c. Property, homeowner's, or renter's insurance                                       20c. _____
    - 20d. Maintenance, repair, and upkeep expenses                                           20d. _____
    - 20e. Homeowner's association or condominium dues                                        20e. _____

Official Form 106J                        Schedule J: Your Expenses                                          page 2

Debtor 1    **Tori Scott**                                                    Case number (if known)    **16-36598-H2-13**

**21.** Other.  Specify:  **See continuation sheet**                           21.  +          $560.00

**22. Calculate your monthly expenses.**

    22a.   Add lines 4 through 21.                                            22a.          $4,508.00

    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.

    22c.   Add line 22a and 22b.  The result is your monthly expenses.       22c.          $4,508.00

**23. Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.     23a.          $5,060.90

    23b.   Copy your monthly expenses from line 22c above.                  23b.  –       $4,508.00

    23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                                   23c.            $552.90

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

Debtor 1    **Tori Scott**                           Case number (if known)   **16-36598-H2-13**

21. **Other. Specify:**
    **School Lunches**                                                        **$100.00**
    **Extra Curricular Activities**                                           **$400.00**
    **Haircuts and Related Expenses**                                          **$60.00**

                                                       Total:           $560.00

Official Form 106J                    **Schedule J: Your Expenses**                    page 4

**Fill in this information to identify your case:**

Debtor 1 **Tori**          **Scott**
         First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **16-36598-H2-13**

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Tori Scott**        X _____
Tori Scott, Debtor 1        Signature of Debtor 2

Date **03/07/2018**        Date _____
MM / DD / YYYY        MM / DD / YYYY